UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| NIGEL JENKINS | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:05cv210-RHW |
| SHERIFF MIKE BYRD | DEFENDANT |

**JUDGMENT**

This cause came before the Court consideration of Defendant's motion for summary judgment [18], the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion and Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motion of Defendant Sheriff Mike Byrd for Summary Judgment pursuant to FED. R. CIV. P. 56 should be, and is hereby **GRANTED**.   Plaintiff's case is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 16th day of January, 2007.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE